UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UMAR HAMID SHEIKH, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 20-11 (ABJ) |
| MICHAEL POMPEO, *et al.*, | |
| Defendants. | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants move for an enlargement of time to file their response to Plaintiff's Complaint, up to and including June 22, 2020.

1. This case relates to Plaintiffs' request for an adjudication on an immigrant visa application. The current deadline for Defendants to respond to the Complaint is March 23, 2020. For the reasons stated below, Defendants respectfully request that this deadline be extended by 90 days, up to and including June 22, 2020.

2. Good cause exists for the request. In response to the COVID-19 pandemic, the U.S. Embassy and Consulates in Pakistan have canceled all routine visa applications, in part to address immediate health and safety risks. While the consular section anticipates requesting additional information from Plaintiff, it is extremely unlikely that Plaintiff's visa application will be re-adjudicated within the next several weeks, as all visa appointments have been suspended until further notice. Filing a response to the Complaint at this time would not be a fruitful exercise.

3. This is Defendants' first request for an enlargement of time. Neither the parties nor the Court will be affected by the requested enlargement as no scheduling order has been entered in this case.

4. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel to get his position on consenting to the enlargement. Plaintiff's counsel consents to the enlargement.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their response to the Complaint, up to and including June 22, 2020.

DATED: March 19, 2020

Respectfully submitted,

TIMOTHY J. SHEA
D.C. BAR # 437437
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

      /s/ William Chang
WILLIAM CHANG
D.C. Bar # 1030057
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2510
William.chang2@usdoj.gov